AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>22 May 19; 2219 hours | Copy of warrant and inventory left with:<br>Emailed to Twitter Inc., San Francisco, CA |

Inventory made in the presence of:
  Emailed the below documents to SA Travis S. Goetz.

Inventory of the property taken and name of any person(s) seized:

  Text Document: 1674848700-account
  Text Document: 1674848700-ipaudit
  Text Document: evidence-key
  ASC File: twitter-public-key-gpg
  Text Document: 1674848700-account-creation-ip
  Text Document: 1674848700-devices

### Certification

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  24 May 2019

Executing officer's signature

Special Agent Travis S. Goetz
Printed name and title